# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>ROBERT JAMES BROWN,<br><br><br>*Defendant(s)* | )<br>)<br>) Case No. 20-5026-SNOW<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   August 11, 2020   in the county of   Monroe   in the   Southern   District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2250(a) | Failure to Register Under Sex Offender Registration and Notification Act (SORNA) |
| 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jacob M. Kyer, Special Agent, HSI
*Printed name and title*

Sworn to before me telephonically.

Date:  August 11, 2020

_____
*Judge's signature*

City and state:    Key West, Florida            Lurana S. Snow, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jacob Kyer, being duly sworn, hereby depose and state as follows:

1. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). That is, I am an officer of the United States, who is empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18, United States Code, Sections 2422, 2423, 2250, 2251, and 2252.

2. I am a Special Agent ("SA") with the Department of Homeland Security, Homeland Security Investigations ("HSI"), and have been so employed since 2019. I am currently assigned to the HSI Office in Key West, Florida. As part of my duties, I investigate crimes involving the sexual exploitation of minors including the production, possession, and distribution of child pornography. I have received training on the proper investigative techniques for these violations, including the use of surveillance techniques and the application and execution of arrest and search warrants. I have assisted in several child exploitation investigations, and have executed search warrants that have led to seizures of child pornography.

3. I submit this Affidavit in support of a criminal complaint which charges Robert James BROWN ("BROWN") with failure to register and update a registration as required by the Sex Offender Registration and Notification Act ("SORNA"), in violation of Title 18, United States Code, Section 2250(a), and possession of visual depictions of minors engaged in sexually explicit conduct (that is, "child pornography"), in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

4. The information set forth in this Affidavit comes from my personal involvement in this investigation, as well as from information provided by other sworn law enforcement officers and other personnel specially trained in the seizure and analysis of computers and other

electronic media. This Affidavit does not include every fact law enforcement knows about this investigation. Rather, this Affidavit contains only those facts necessary to establish probable cause for the issuance of the criminal complaint against BROWN for the aforementioned criminal violations.

## PROBABLE CAUSE

5.      On or about August 10, 2020, a federal magistrate judge in the Southern District of Florida issued a search warrant authorizing law enforcement to search the vessel "TOSCANA," located at Slip 10, Starfish Pier of Sunset Marina, 5555 College Road in Key West, Florida, including any computers, data storage devices, and electronic devices found therein. *See* 20-5025-Snow (sealed) (the "Warrant"). The Warrant was obtained based on there being probable cause to believe that there was evidence on the sailing vessel of possession of child pornography, in violation of Title 18, United States Code, Section 2252(a)(4).

6.      On August 11, 2020, law enforcement executed the Warrant on the sailing vessel "TOSCANA." BROWN was encountered by law enforcement in the sailing vessel during the execution of the warrant. BROWN was in possession of a cellular phone on the vessel, which was seized during the execution of the warrant.

7.      Pursuant to the Warrant, law enforcement manually reviewed the cellular telephone and located at least ten (10) videos which contained minors engaging in sexually explicit conduct. Three (3) of the files discovered on the cellular telephone are more specifically described as follows:

   a.      File name "!!!NEW!!! kait 5yo – chunk2 FK pthc best.avi" is a video that depicts a prepubescent white female, approximately six years of age, being penetrated by the

2

erect penis of an adult white male. This video is one minute and twenty-five second (01:25) in duration.

b.      File name "(Pthc) 2011 8yo girl with two men.avi" is a video that depicts an adult male applying lubricant to the rectal and vaginal area of a prepubescent white female, approximately eight years of age, while she is on her knees leaning forward on a bed. The adult white male penetrates the child digitally in the anus and vagina. Eventually, the child is placed on her back and is continued to be penetrated in her vagina digitally. This video is sixteen minutes and twenty-four seconds (16:24) in duration.[1]

c.      File name "pthc new! 2008 a 5yo South America.avi" is a video that depicts a Hispanic female child approximately five years of age. The video begins with the child coloring while on a bed, with an adult Hispanic male present. Eventually, the adult Hispanic male removes the bottom clothing of the child, exposing the child's anus and vagina. The adult Hispanic male then penetrates the vagina of the child digitally. The adult Hispanic male eventually performs oral sex on the vagina of the child. The video concludes with the adult Hispanic male penetrating the vagina of the child digitally while she lays on her back. This video is sixteen minutes and eight seconds (16:08) duration.

8.      On August 11, 2020, BROWN was advised of his *Miranda* rights and agreed to speak to investigators in a video and audio-recorded interview. BROWN admitted to having been convicted of an offense which required registration as a sex offender in the state of Colorado. BROWN admitted to purchasing the vessel "TOSCANA," upon which he was intending to reside, and stated that he knowingly did not inform the state of Colorado of his departure from the state. BROWN stated that he flew via commercial air travel from Colorado to Key West and had arrived approximately two weeks ago in Key West, Florida. BROWN stated that he has not

---

[1] Based on the length of this video, it is not described in its entirety.

notified the Key West Police Department, or any other law enforcement entity within the state of Florida of his presence in Key West, Florida.

9. BROWN is a sexual offender, as defined in 34 U.S.C. § 20911. Specifically, BROWN was convicted of Unlawful Sexual Contact, without consent, in violation of Colorado Revised Statutes, § 18-3-404(1)(a). As such, BROWN is required to register, and keep registration current, in each jurisdiction where he resides, pursuant to 34 U.S.C. § 20913.

10. Law enforcement has confirmed with the Key West Police Department and the Florida Department of Law Enforcement that BROWN failed to register or update a registration in accordance with the requirements of SORNA, 34 U.S.C. § 20913, after having traveled in interstate commerce.

## CONCLUSION

11. Based on the aforementioned facts, I respectfully submit that there is probable cause to support the arrest of Robert James BROWN, for failure to register and update a registration as required by the Sex Offender Registration and Notification Act ("SORNA"), in violation of Title 18, United States Code, Section 2250(a), and possession of visual depictions of minors engaged in sexually explicit conduct (that is, "child pornography"), in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Jacob Kyer, Special Agent,
Department of Homeland Security
Homeland Security Investigations

Sworn and subscribed before me telephonically this __11th__ day of August, 2020

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 20-5026-SNOW

**UNITED STATES OF AMERICA**

v.

**ROBERT JAMES BROWN,**

  **Defendant.**

_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?  __ Yes  X  No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)?  __ Yes  X  No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2019 (Mag. Judge Jared M. Strauss)?  __ Yes  X  No

      Respectfully submitted,

      ARIANA FAJARDO ORSHAN
      UNITED STATES ATTORNEY

BY:  _/s/ Elena Smukler_____
    Elena Smukler
    Assistant United States Attorney
    Fla. Bar No. 91025
    99 Northeast 4th Street
    Miami, FL. 33132-2111
    Tel: (305) 961-9444
    Elena.Smukler@usdoj.gov