UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-5026-SNOW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROBERT JAMES BROWN,

        Defendant.

_____

## DETENTION ORDER

Pursuant to 18 U.S.C. § 3142(f), on August 17, 2020, a hearing was held to determine whether Defendant, **Robert James Brown** should be detained prior to trial.  Having considered the factors enumerated in 18 U.S.C. § 3142(g), this Court finds that no condition or combination of conditions will reasonably assure the appearance of this Defendant as required and/or the safety of any other person and the community.  Therefore, it is hereby ordered that Defendant, **Robert James Brown** be detained prior to trial and until the conclusion thereof.

In accordance with the provisions of 18 U.S.C. § 3142(i), the Court hereby makes the following findings of fact and statement of reasons for the detention:

1.  The Defendant is charged with failure to register under the Sex Offender Registration and Notification Act, in violation of 18 U.S.C. § 2250(a), and possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2). Therefore, the Defendant is charged with offenses involving minor victims.  18 U.S.C. § 3142(g)(1).

2.  The weight of the evidence against the Defendant is substantial. Government witnesses will testify that the Defendant was convicted of an offense which required him to register as a sex offender in the state of Colorado.  By his own

post-Miranda admission, the Defendant did not inform Colorado authorities of his intent to leave that state and did not register as a sex offender in Florida after moving to Key West.  Additionally, on August 11, 2020, a Search Warrant was executed on the sailboat in which the Defendant resides.  At that time, the Defendant had in his possession a cellular telephone, which was manually searched by one of the officers executing the Warrant.  The officer found at least 10 videos depicting minors engaged in sexual activities, including three videos involving children under the age of 10.  18 U.S.C. § 3142(g)(2).

3.  The pertinent history and characteristics of the Defendant are that he is 44 years old and unemployed. The Defendant moved to South Florida on July 1, 2020, and lives on a sailboat which he recently purchased.  He has been convicted of burglary (1998), theft (2001), sexual assault on a child (2018) and contempt of court (2019).  As the Defendant has minimal ties to this community and lives on a vessel which can travel freely, he constitutes a risk of flight.  18 U.S.C. § 3142(g)(3)(A) and (B).

4.  There is probable cause to believe the Defendant failed to register as a sex offender and possessed child pornography, offenses involving minor victims.  Accordingly, the Defendant constitutes a danger to the community. 18 U.S.C. § 3142(g)(4).

5.  The Court specifically finds that there are no conditions or combination of conditions which reasonably will assure the Defendant's appearance as required and/or the safety of any other person and the community.  18 U.S.C. § 3142(e).

Based upon the above findings of fact, which were supported by clear and convincing evidence, the Court has concluded that this Defendant presents a danger to the community and a serious risk of flight if released prior to trial.  The Court hereby directs:

(a) That the Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal;

(b) That the Defendant be afforded reasonable opportunity for private consultation with counsel; and

(c) That, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE AND ORDERED at Fort Lauderdale, Florida, this 3rd day of September, 2020.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Elena Smukler (MIA)
AFPD Stewart Abrams (MIA)

U.S. Probation Office (FTL)